**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

ARTURO HONORIO PEREZ PEREZ, )
)
*Petitioner*, )
) Case No. 1:26cv2447
v. )
)
WARDEN, et al., )
)
*Respondents*. )

# ORDER

Upon consideration of Federal Respondents' Consent Motion for Enlargement of Time, the motion is **GRANTED**, and it is hereby

**ORDERED** that Federal Respondents shall immediately arrange for the return of Petitioner with all of his personal belongings and documents to this jurisdiction by no later than 5:00 pm on Tuesday, August 25, 2026.

**IT IS SO ORDERED.**

Date: August 24, 2026

/s/
Michael S. Nachmanoff
United States District Judge